# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Securities and Exchange Commission,
Plaintiff–Appellee,

v.

Timothy Barton,
Defendant–Appellant.

No. 25-11043 -------------------------------------

## APPELLANT'S MOTION FOR A 28-DAY EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant Timothy Barton respectfully moves, under 5th Cir. R. 31.4 and FRAP 26(b), for a 28-days Level-1 extension of the deadline to file his opening brief, which is due on December 16, 2025. The requested extension would make the new due date January 13, 2026. This request is made in good faith and not for purposes of delay.

### 1. Relief Requested

Appellant requests that the Court extend the time to file the opening brief by 28 days, from December 16, 2025 to January 13, 2026.

**2. Procedural Posture and Good Cause (5th Cir. R. 31.4)**

- The opening brief is currently due on December 16, 2025
- This appeal challenges the district court's order Granting Receiver's Motion to Lift Litigation Stay and involves a voluminous record and overlapping issues with related proceedings.
- Appellant has been diligently drafting but requires limited additional time to (i) finalize citation-checked arguments keyed to ROA pagination; (ii) reconcile authorities used by the SEC, the Receiver, and in prior related appeals; and (iii) ensure full compliance with FRAP 28/FRAP 32 and 5th Cir. local rules.
- Appellant anticipates the requested 28 days will be sufficient; no further extensions are expected.
- No prejudice will result to Appellee from this short extension, and granting it will assist the Court by ensuring a clear, fully conforming brief.

**3. Prior Extensions**

None requested in this appeal.

**4. Conference (5th Cir. R. 27.4)**

Counsel for Appellee SEC have been contacted via email in this regard on December 11, 2025 and Appellee confirmed unopposed status.

**5. Certification**

Undersigned certifies this motion is filed in good faith, for good cause, and not for purposes of delay. See 5th Cir. R. 31.4.

**Prayer**

Appellant respectfully requests that the Court extend the deadline to file the opening brief to January 13, 2026 and grant such other relief as is just.

Dated: December 13, 2025

Respectfully submitted,

*/s/ Timothy L. Barton*
Timothy L. Barton
PRO SE
1846 East Rosemeade Parkway,
#232 Carrollton, TX 75007
(214) 914-3811
*timothy.barton@proton.me*

## CERTIFICATE OF COMPLIANCE

This motion complies with FRAP 27(d)(2) because it contains 340 words (excluding the parts exempted by FRAP 32(f)), as counted by the word-processing system used to prepare this motion. It also complies with FRAP 32(a)(5)–(6) regarding typeface and style.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

---

## CERTIFICATE OF ELECTRONIC COMPLIANCE

I certify that (1) required privacy redactions have been made, 5th Cir. R. 25.2.13 and FRAP 25(a)(5); (2) this electronic submission is an exact copy of any paper version that may later be requested, 5th Cir. R. 25.2.1; and (3) the PDF was scanned with [Windows 11 – Virus and Threat Protection] and is virus-free.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

---

## CERTIFICATE OF CONFERENCE

I certify that on December 11, 2025, I conferred with counsel for Appellee, the Securities and Exchange Commission, regarding Appellant's Motion for a 28-Days Extension of Time to File the Opening Brief. Counsel for Appellee, Mr. Ezekiel Hill, has confirmed that the motion is unopposed.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

**CERTIFICATE OF SERVICE**

I certify that on December 12, 2025, I electronically mailed this filing on all registered counsel of record, including:

- Ezekiel L. Hill,
  hillez@sec.gov,
  U.S. Securities and Exchange Commission,
  Office of General Counsel
  100 F St., N.E., Washington, DC 20549.
- Keefe M. Bernstein,
  bernsteink@sec.gov,
  U.S. Securities and Exchange Commission,
  Trial Unit, Suite 1900
  801 Cherry St., Fort Worth, TX 76102.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**