# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**Securities and Exchange Commission,**
Plaintiff–Appellee,

**v.**

**Timothy Barton,**
Defendant–Appellant.

**No. 25-11043 ----------------------------------------**

## PRO SE MOTION FOR PERMISSION TO REGISTER AS A CM/ECF FILING USER

Appellant Timothy L. Barton, proceeding pro se and not incarcerated, respectfully moves for permission to register as a CM/ECF Filing User in this appeal pursuant to 5th Cir. R. 25.2.1. In support, he states:

## I. BACKGROUND

1. Appellant appears pro se and can prepare and upload searchable, text-based PDF documents that comply with the Fifth Circuit's ECF practices.

2. Filing-User status will allow Appellant to: (a) file electronically; (b) receive Notices of Docket Activity (NDAs) that constitute service on Filing Users; and (c) efficiently access the Electronic Record on Appeal.

## II. AUTHORITY AND GOOD CAUSE

3. 5th Cir. R. 25.2.1 authorizes the Clerk to permit non-incarcerated pro se parties in civil cases to register as Filing Users under conditions the Clerk may set.

4. Appellant will comply with FRAP 27 (motions), FRAP 32 (form/word limits), and the Fifth Circuit's ECF standards, including maintaining current email contact information and promptly responding to Clerk directives.

5. Granting this request will streamline filings and service and will not prejudice any party.

## III. REQUESTED RELIEF

Appellant respectfully asks the Court to enter the accompanying Proposed Order:

- granting this motion;
- authorizing Appellant to register in CM/ECF as a Filing User for No. 25-11043; and
- directing the Clerk to link Appellant's CM/ECF account (email: timothy.barton@proton.me) to this appeal for electronic filing and noticing.

Date: December 16, 2025

Respectfully submitted,

*/s/ Timothy L. Barton*
**Timothy L. Barton** (Pro Se)
1846 East Rosemeade Parkway, #232
Carrollton, TX 75007
(214) 914-3811
timothy.barton@proton.me

---

**CERTIFICATE OF COMPLIANCE**

This motion complies with FRAP 27(d)(2) because it contains 255 words (excluding the parts exempted by FRAP 32(f)), as counted by the word-processing system used to prepare this motion. It also complies with FRAP 32(a)(5)–(6) regarding typeface and style.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

---

**CERTIFICATE OF ELECTRONIC COMPLIANCE**

I certify that (1) required privacy redactions have been made, 5th Cir. R. 25.2.13 and FRAP 25(a)(5); (2) this electronic submission is an exact copy of any paper version that may later be requested, 5th Cir. R. 25.2.1; and (3) the PDF was scanned with [Windows 11 – Virus and Threat Protection] and is virus-free.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

---

## CERTIFICATE OF SERVICE

As per (FRAP 25(d)), on December 16, 2025, I served this motion by email on the following counsel:

- **Ezekiel L. Hill**,
  hillez@sec.gov,
  U.S. Securities and Exchange Commission,
  Office of General Counsel
  100 F St., N.E., Washington, DC 20549.
- **Keefe M. Bernstein**,
  bernsteink@sec.gov,
  U.S. Securities and Exchange Commission,
  Trial Unit, Suite 1900
  801 Cherry St., Fort Worth, TX 76102.

*/s/ Timothy L. Barton*
**Timothy Barton, Pro Se**

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

**Securities and Exchange Commission,**
Plaintiff–Appellee,

**v.**

**Timothy Barton,**
Defendant–Appellant.

**No. 25-11043 ------------------------------------------**

## [Proposed] ORDER

Upon consideration of Appellant's Pro Se Motion for Permission to Register as a CM/ECF "Filing User," IT IS ORDERED that the motion is GRANTED. Appellant Timothy L. Barton is authorized to register and participate as a CM/ECF Filing User in appeal No. 25-11043.

The Clerk is directed to link Appellant's CM/ECF account (email timothy.barton@proton.me) to this appeal and to provide any further instructions necessary to complete registration.

DATED: __________________, 2025

BY THE COURT: _______________________________