UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 F STREET, N.E.
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

EZEKIEL L. HILL
(202) 551-7724
HILLEZ@SEC.GOV

January 27, 2026

Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

*Via ECF*

Re: *SEC v. Barton*, No. 25-11043

Dear Mr. Cayce,

I write on behalf of appellee Securities and Exchange Commission. The Commission's brief in the above-referenced matter is due February 12, 2026. The Commission respectfully requests a Level 1 extension of that deadline to March 13, 2026. The Commission requests this extension in light of counsel's engagement in other matters, including *Barton v. SEC*, No. 25-10871 (5th Cir.) (brief due February 9, 2026), *Barton v. SEC*, No. 25-465 (U.S.) (response to petition for certiorari), *SEC v. DiRicco*, No. 25-2079 (9th Cir.) (brief due February 20, 2026), and advising the Commission's Division of Enforcement on certain legal issues. No other extension of the deadline for the Commission's brief in this appeal has been sought or granted. Mr. Barton does not oppose the requested extension. Thank you for your consideration.

Sincerely,

*/s/ Ezekiel L. Hill*
Ezekiel L. Hill

cc: Timothy Barton (via ECF)